# HERALD PRODUCTS

**SCREEN PRINTING SPECIALISTS SINCE 1942**

4329 Paul Street, Corner Of Church & Paul Streets
Philadelphia Pa., 19124  PO Box 45194
TEL: 267- 538- 5009   FAX: 267- 538- 5012
EMAIL: heraldproducts@gmail.com

## FAX COVER SHEET

DATE: 5-28-18  FROM: CARLTON G. JONES

TO: JOHN L. McCLAW  FAX: 1-888-857-1967

COMPANY: JOHN L. McCAIN & ASSOCIATES

COMMENTS: CARLTON F. JONES HAS BEEN EMPLOYED WITH HERALD PRODUCTS SINCE DECEMBER 28TH 2015. HIS SALARY IS $700.00 A WEEK. HE IS A 1099 EMPLOYEE.

SINCERELY,

*Carlton G. Jones*, PRESIDENT

PAGE 1 OF 1 (INCLUDING THIS SHEET)

**PLEASE CALL IF YOU DO NOT RECEIVE ALL OF THE PAGES**