**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

                          Chapter 13

                          Bankruptcy No. 18-13154-MDC

CARLTON F JONES

1165 APPLE ROAD

QUAKERTOWN, PA 18951

      Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    CARLTON F JONES

    1165 APPLE ROAD

    QUAKERTOWN, PA 18951

Counsel for debtor(s), by electronic notice only.

    JOHN L. MCCLAIN
    JOHN L MCCLAIN AND ASSOCIATES
    PO BOX 123
    NARBERTH, PA 19072-

                                                    /S/ William C. Miller

Date: 7/12/2018                                        _____

                                                        William C. Miller, Esquire
                                                        Chapter 13 Standing Trustee