United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Carlton F. Jones  
    Debtor

Case No. 18-13154-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: ChrissyW     Page 1 of 2     Date Rcvd: Aug 02, 2018  
                   Form ID: pdf900     Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 04, 2018.

```
db            +Carlton F. Jones,    1165 Apple Rd,    Quakertown, PA 18951-5423
14105347      +Bucks Co Drs,    30 E Court St,    Doylestown, PA 18901-4319
14124913       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14105349      +Chase Card Services,    Correspondence Dept,    PO Box 15298,    Wilmington, DE 19850-5298
14105353      +First Bank Puerto Rico,    Attn: Bankruptcy,    9795 S Dixie Hwy,    Pinecrest, FL 33156-2806
14105354       GREETREE SERVICING LLC,    345 ST PETER STREET,    1100 LANDMARK TOWERS,    ST PAUL, MN 55102
14105357      +John L. McClain and Associates,    PO Box 123,    Narberth, PA 19072-0123
14105361      +PPL Electric Utilities,    2 North 9th Street,    CPC-Genn1,    Allentwon, PA 18101-1179
14105363      +Target,    Attn: Bankruptcy Dept Target Card Servic,    PO Box 9475,    Minneapolis, MN 55440-9475
14105365     ++WELLS FARGO BANK NA,    1 HOME CAMPUS,    MAC X2303-01A,    DES MOINES IA 50328-0001
              (address filed with court: Wells Fargo Bank,    Attn: Bankruptcy Dept,    PO Box 6429,
                Greenville, SC 29606)
14105366      +Wellsfargo,    Attn: Bankruptcy,    PO Box 9210,    Des Moines, IA 50306-9210
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg            E-mail/Text: megan.harper@phila.gov Aug 03 2018 01:59:53     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 03 2018 01:59:40     Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 03 2018 01:59:50     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14105350      +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 03 2018 01:59:40     Department of Revenue,
               Commonwealth of PA,    P.O. Box 280946,    Harrisburg, PA 17128-0946
14105351      +E-mail/Text: mrdiscen@discover.com Aug 03 2018 01:59:33     Discover Financial,    PO Box 3025,
               New Albany, OH 43054-3025
14105352      +E-mail/Text: bankruptcy.bnc@ditech.com Aug 03 2018 01:59:36     Ditech Financial LLC,
               PO Box 6172,    Rapid City, SD 57709-6172
14167981       E-mail/Text: bankruptcy.bnc@ditech.com Aug 03 2018 01:59:36     Ditech Financial LLC,
               P.O. Box 6154,    Rapid City, SD 57709-6154
14105355       E-mail/Text: cio.bncmail@irs.gov Aug 03 2018 01:59:34     INTERNAL REVENUE SERVICE,
               CENTRALIZED INSOLVENCY OPERATION,    P.O. BOX 7346,    PHILADELPHIA, PA 19101-7346
14105358      +E-mail/Text: bnckohlsnotices@becket-lee.com Aug 03 2018 01:59:33     KOHL'S,    P.O. BOX 2983,
               MILWAUKEE, WI 53201-2983
14163965      +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 03 2018 01:58:31
               PYOD, LLC its successors and assigns as assignee,    of CR Evergreen, LLC,
               Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
14105359      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 03 2018 02:09:39
               Portfolio Recovery LLC,    PO Box 41067,    Norfolk, VA 23541-1067
14105362      +E-mail/PDF: gecsedi@recoverycorp.com Aug 03 2018 01:57:43     Synchrony Bank/Lowes,
               Attn:  Bankruptcy Dept,    PO Box 965060,    Orlando, FL 32896-5060
14105364       E-mail/Text: bankruptcy@td.com Aug 03 2018 01:59:47     TD Bank NA,    32 Chestnut St,
               Lewiston, ME 04240
                                                                                              TOTAL: 13
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14105348*     +Carlton F. Jones,    1165 Apple Rd,    Quakertown, PA 18951-5423
14105356*      IRS/ Special Procedures,    P.O. BOX 7346,    Philadelphia, PA  19114,
               PHILADELPHIA, PA 19101-7346
14105360     ##+Power, Kirn & Javardian,    1310 Industrial Boulevard,    1st Floor, Suite 101,
               Southhampton, PA 18966-4030
                                                                                   TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0313-2          User: ChrissyW             Page 2 of 2                  Date Rcvd: Aug 02, 2018
                              Form ID: pdf900            Total Noticed: 24
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 04, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 2, 2018 at the address(es) listed below:
          JILL  MANUEL-COUGHLIN   on behalf of Creditor    DITECH FINANCIAL LLC FKA GREEN TREE SERVICING LLC
           jill@pkallc.com,
            chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
           ;mary.raynor-paul@pkallc.com
          JOHN L. MCCLAIN    on behalf of Debtor Carlton F. Jones aaamcclain@aol.com,   edpabankcourt@aol.com
          KEVIN G. MCDONALD    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                            TOTAL: 5
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              : Chapter 13
    Jones, Carlton F.
                Debtor            : 18-13154

### ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Trustee, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty-one (21) days of the entry of this Order.

6. **Promptly after the expiration of the time period set forth in #5 above, Counsel for the Debtor shall file either**: (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (b) certify that such applications have been filed (after which the Clerk shall schedule a hearing on all such applications).

7. If no Certification, as required above in Paragraph-7 has been entered on the docket within sixty three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor's Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 payments in his possession to Debtor pursuant to 11 U.S.C. § 1326(a)(2).

Dated: 8/2/18

                              Magdeline D. Coleman
                              Bankruptcy Judge

John L. McClain and Associates
Attorney at Law
PO Box 123
Narberth, PA 19072-0123

Jones, Carlton F.
1165 Apple Rd
Quakertown, PA 18951

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106

ALL CREDITORS